UNITED STATES PLYWOOD CORPORATION, PLAINTIFF-RESPONDENT, v. PHILIP L. NEIDLINGER INDIVIDUALLY AND T/A P. L. NEIDLINGER ASSOCIATES, DEFENDANT-PETITIONER.

*Messrs. Heuser, Heuser and De Maio* for the petitioner.

*Messrs. Green and Lasky* and *Mr. Martin J. Cohen* for the respondent.

April 1, 1963.   Granted.

ROBERT BUSH, PLAINTIFF-PETITIONER, v. INTERNATIONAL TERMINAL OPERATING CO. INC., *ET AL.*, DEFENDANT-RESPONDENTS.

*Messrs. Lamb, Blake, Hutchinson and Dunne* and *Mr. H. Curtis Meanor* for the petitioner.

*Messrs. Moser, Rovelo and McGough* and *Messrs. Smith, James and Mathias* for the respondents.

May 13, 1963.   Denied.